**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6617**

SHAWN X. HENNY,

             Plaintiff - Appellant,

      v.

A. P. HARVEY; B. WATSON; M. HENSLEY; DR. LOU CEI; P. SCARBERRY; LINDA B. SHEAR; LARRY HUFFMAN,

             Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.   James C. Turk, Senior District Judge.   (7:08-cv-00399-jct-mfu)

Submitted: October 27, 2009      Decided: November 13, 2009

Before GREGORY, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Shawn X. Henny, Appellant Pro Se.  John Michael Parsons, Assistant Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shawn X. Henny appeals the district court's order granting summary judgment for Defendants in his action alleging claims under the Religious Land Use and Institutionalized Persons Act and 42 U.S.C. § 1983 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Henny v. Harvey, No. 7:08-cv-00399-jct-mfu (W.D. Va. Mar. 27, 2009). We deny Henny's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED